**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DYLAN FORD,**

       *Plaintiff*,

 **v.**                             **Case No.: 1:26cv106-MW/HTC**

**RODNEYSE BICHOTTE-HERMELYN,
et al.,**

       *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. The report and recommendation was returned as undeliverable, ECF No. 6, and Plaintiff has failed to provide the Clerk's Office with his updated mailing address, even though it is his responsibility to do so. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i)." The Clerk

shall close the file.

      **SO ORDERED on June 3, 2026.**

                          **s/Mark E. Walker**
                          **United States District Judge**